J-S69007-17

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : : : : : : : : : : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | | |
| STEVENSON LEON ROSE | | |
| Appellant | | No. 1832 WDA 2016 |

Appeal from the Judgment of Sentence July 6, 2016
In the Court of Common Pleas of Allegheny County Criminal Division at
No(s): CP-02-CR-0000810-2008

BEFORE: BOWES, J., RANSOM, J., and STEVENS*, P.J.E.

CONCURRING STATEMENT BY STEVENS, P.J.E.: FILED: February 28, 2018

I concur in the result, as the sentencing judge overlooked her responsibility to offer an explanation justifying the imposition of a greater sentence on remand after Appellant's successful appeal. Under such circumstances, it is well-settled that remand for resentencing must occur. *See Commonwealth v. Campion*, 672 A.2d 1328, 1333 (Pa.Super. 1996) ("'[W]henever a judge imposes a more severe sentence upon a defendant . . . the reasons for doing so must affirmatively appear.'"). This remand is without prejudice to the judge to exercise her sound discretion in imposing sentence so long as she states the reasons for doing so on the record.

_____

* Former Justice specially assigned to the Superior Court.